# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:04CV584

| | |
|---|---|
| ROC-SANDRA DAVIS, JOAN ISON and BRENDA SIMMONS )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BELA W. BERKES, JR., a/k/a )<br>BELA BERKES, DAVID R. FRIEDMAN )<br>and SEASILVER USA, INC., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** pursuant to several motions pending before the Court: "Defendant Bela W. Berkes, Jr.'s Motion to Dismiss" (Document No. 4); "Defendant David R. Friedman's Motion to Dismiss" (Document No. 5); "Defendant Seasilver USA, Inc.'s Motion to Dismiss" (Document No. 6); "Plaintiffs Roc-Sandra Davis, Joan Ison & Brenda Simmons' Motion to Remand" (Document No. 20); "Motion to Strike Exhibits Appended to the Plaintiffs' Motion to Remand" (Document No. 27); as well as the status conference held in this case on April 26, 2006.

After careful review of the record and pleadings, and upon further consideration of the parties' positions at the status conference, the undersigned is disinclined to rule on any of the pending motions until the parties comply with the requirements of Fed. R. Civ. P. 26(f) and Local Rule 16.1(A).

**IT IS, THEREFORE, ORDERED** that the parties shall immediately comply with the requirements of Fed. R. Civ. P. 26 and Local Rule 16.1 and hold an initial attorney conference and

file a written report of same with this Court by on or before October 17, 2006. As soon thereafter as possible, the Court will convene an Initial Pretrial Conference in anticipation of issuing a Pretrial Order and Case Management Plan.

Signed: September 26, 2006

David C. Keesler
United States Magistrate Judge