IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:04-CV-584-W

| ROC-SANDRA DAVIS, JOAN ISON, and BRENDA SIMMONS, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE OF HEARING |
| BELA W. BERKES, JR., a/k/a BELA BERKES, DAVID R. FRIEDMAN, and SEASILVER USA, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

TAKE NOTICE that this matter has been set for status conference and hearing on defense counsel's motion to withdraw (Doc. No. 51), as well as all other pending motions in the above-captioned case (Doc. Nos. 4, 5, 6, 20 and 27) and the companion case of Aughtry v. Berkes (3:04-CV-585, Doc. Nos. 3, 4, 5, 12, 18 and 23), now consolidated. This hearing will be held at **10:30 a.m.** on **23 February 2006**, before the undersigned United States District Judge, in Bankruptcy Courtroom 126, Charles R. Jonas Federal Building, Charlotte, North Carolina. Counsel for defendant shall not be relieved of his responsibilities in this matter until completion of the hearing.

Signed: February 7, 2007

Frank D. Whitney
United States District Judge