# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:04 CV 584

| | |
|---|---|
| ROC-SANDRA DAVIS, JOAN ISON, and BRENDA SIMMONS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BELA W. BERKES, JR., a/k/a BELA BERKES, DAVID R. FRIEDMAN, and SEASILVER USA, INC., )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **April 17, 2007** prepared to summarize the status of this case and to argue any pending motions. Counsel for Defendants will not be relieved of his responsibilities in this matter prior to this hearing.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **April 17, 2007** for a Status Conference and Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: March 16, 2007

David C. Keesler
United States Magistrate Judge